■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LARRY SMITH, JR., Respondent. [887 NYS2d 883]—

Appeal from an order of the Erie County Court (Michael F. Pietruszka, J.), entered February 11, 2009. The order granted defendant's motion to suppress certain evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed.

Memorandum: The People appeal from an order granting defendant's motion to suppress evidence seized as the result of a traffic stop. We conclude that County Court properly suppressed the evidence on the ground that the police officer made a mistake of law in stopping defendant's vehicle, which had in fact performed a legal pass on the right pursuant to Vehicle and Traffic Law § 1123 (a) (1) and (2). "Where the officer's belief is based on an erroneous interpretation of law, the stop is illegal at the outset and any further actions by the police as a direct result of the stop are illegal" (*Matter of Byer v Jackson*, 241 AD2d 943, 944-945 [1997]; *see People v Smith*, 1 AD3d 965 [2003]; *see also People v Gonzalez*, 88 NY2d 289, 295-296 [1996]). Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.

■ JEFFREY M. GRINER, Respondent, v MARLENE MORGAN FRANKEL, as Administrator with the Will Attached of the Estate of SAMUEL NATHAN FRANKEL, Deceased, and as Executor of FRANCES I. CHAMELI, Deceased, et al., Appellants. [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered May 16, 2008 in a personal injury action. The judgment awarded plaintiff money damages against defendants upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.